IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BOBBY JOE BOWEN, | § | |
| Petitioner, | § § § | |
| v. | § § | Civil Action No. 7:17-cv-174-O |
| LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER OF THE COURT ON
## CERTIFICATE AS TO APPEALABILITY

This is a habeas corpus action in which the detention complained of arises out of process issued by a state court. Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), a Certificate of Appealability is hereby **DENIED**.

**REASONS FOR DENIAL:** For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, which are hereby adopted and incorporated by reference, the Petitioner has failed to demonstrate that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether this Court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Morris v. Dretke* 379 F.3d 199, 204 (5th Cir. 2004).

**SO ORDERED** this **6th day** of **April, 2018**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**