

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 9 2018
CLERK, U.S. DISTRICT COURT
By _____ 1:18pm
Deputy

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | § | |
|---|---|---|
| **BOBBY JOE BOWEN** | § | |
| | § | |
| Plaintiff | § | |
| vs. | § | CASE NUMBER: 7:17-cv-00174 |
| | § | |
| **DIRECTOR OF TDCJ-CID** | § | |
| | § | |
| Defendant | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, Bobby Joe Bowen, in response to Defendant's Request for Findings of Fact and Conclusions of Law, and requests the Court to enter the following findings:

### I.

### Finding of Fact

A. Bobby Joe Bowen was denied effective assistance of counsel.

### II.

### Conclusion of Law

A. After considering the pleadings and the applicable law, the

undersigned **RECOMMENDS** that United States Magistrate Hal R. Ray, Jr **GRANT** the Petition for Writ of Habeas Corpus filed by Bobby Joe Bowen.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests the Court to enter the above Finding of Fact and Conclusion of Law, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

/s/ Bobby Joe Bowen
Bobby Joe Bowen
TDCJ# 01619547
2661 FM 2054
Coffield Unit
Tennessee Colony, Texas 75884

### CERTIFICATE OF SERVICE

I certify that on April 6, 2018, a true and correct copy of Plaintiff's Response to Request for Findings of Fact and Conclusions of Law was served by mail on all parties who have made an appearance in this case.

/s/ Bobby Joe Bowen
Bobby Joe Bowen

Buddy Joe Bowen #01614547
River FM 2054
Coffield Unit
Tennessee Colony, TX 75884

RECEIVED
APR - 9 2018
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



US District Court
1000 Lamar Street #203
Wichita Falls, TX 76301

76301-343153